# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-471 JVS (VBKx) | Date | July 20, 2011 |
| Title | Ellis v. Sun Life Assurance Company of Canada, etc. | | |

Present: The Honorable     James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)
Order to Show Cause re Failure to File Joint Rule 26 Report and Order Continuing Scheduling Conference

     A Scheduling Conference in this matter has been set for July 25, 2011. The Scheduling Conference is ordered off calendar. The Local Rule requires a single, joint report, but the Court only has the defendants' report along with the declaration of Daniel W. Maguire. L.R. 26-1.

     Marilyn Ellis and her counsel are ordered to show cause at 10:00 a.m. August 8, 2011 why the Court should not strike the complaint for failure to comply with the Local Rules or otherwise sanction plaintiff and/or counsel. A written response is due August 4, 20011. In lieu of a response, the parties may file a joint report which conforms with the Local Rules and the Order setting the Scheduling Conference by the same date. The parties shall include Exhibit A properly completed.

     The Court will conduct a hearing on this order to show cause at 10:00 a.m. August 8, 2011. If a complying joint report is filed, the Court will convert the hearing into a Scheduling Conference.

                                               :    00

                           Initials of Preparer     kjt